AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __NEVADA__

UNITED STATES OF AMERICA

V.

CHRISTOPHER LEE LUNDBLOM

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:13-mj-0483-PAL

CHARGING DISTRICTS
CASE NUMBER: 2:13-cr-64

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Eastern__ District of __Virginia__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __n/a__

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __(as ordered)__ on __(as ordered)__ .

*Date and Time*

*Signature of Judge*

7/09/2013                                  PEGGY A. LEEN, United States Magistrate Judge
*Date*                                              *Name and Title of Judge*